IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL SANTOS, : | |
|     Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 25-CV-6329 |
| : | |
| OFFICER BERROA, *et al.*, : | |
|     Defendants. : | |

## ORDER

AND NOW, this 23rd day of January, 2026, upon consideration of Plaintiff Michael Santos's Motion to Proceed *In Forma Pauperis* (ECF No. 1), Prisoner Trust Fund Account Statement (ECF No. 2), *pro se* Complaint (ECF No. 6), and Motion to Appoint Counsel (ECF No. 5), it is **ORDERED** that:

    1.    Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

    2.    Michael Santos, # 2012-0721, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court directs the Warden of Berks County Jail or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Santos's inmate account; or (b) the average monthly balance in Santos's inmate account for the six-month period immediately preceding the filing of this case. The Warden or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Santos's inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Santos's inmate account until the fees are paid. Each payment shall refer to the docket number for this case.

3.  The Clerk of Court is **DIRECTED** to send a copy of this Order to the Warden of Berks County Jail.

4.  The Complaint is **DEEMED** filed.

5.  The Clerk of Court is **DIRECTED** to amend the docket text to describe the entry at ECF No. 6 as the "Complaint" rather than the "Amended Complaint."

6.  The Clerk of Court is further **DIRECTED** to amend the caption to reflect the following Defendants named in the Complaint: (1) Warden Jeffrey Smith; (2) Deputy Warden Stephanie Smith; (3) Lt. Nemeth; (4) Sgt. Gorel; (5) Sgt. Levan; (6) Officer Berroa; (7) Kevin J. Barnhardt; (8) Berks County Commissioners; (9) Christian Y. Leinbach; (10) Deputy Warden Tassone; (11) Deputy Warden Roberts; (12) Lt. Johnson; (13) C.O. Wertz; (14) C.O. Drozdak; (15) C.O. Kissinger; (16) C.O. Cancel; (17) C.O. Ramirez; (18) C.O. Graff; (19) C.O. Claudio; (20) L.T. Marshall; (21) C.O. Hartzel; (22) S.O.G. Officers (special operations group); (23) Berks County Jail; (24) Berks County; (25) Berks County Jail Prison Board; (26) PrimeCare, Inc; (27) PrimeCare Mental Health Department at BCJ; and (28) Sgt. Akers.

7.  For the reasons stated in the Court's Memorandum, Santos may proceed at this time on his due process and intentional infliction of emotional distress claims against Defendants Ramirez and Warden Smith based on conditions of the cell where he served his ten-day disciplinary sentence, and the remainder of his claims are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

8.  The Clerk of Court is **DIRECTED** to send Santos a blank copy of the Court's standard form complaint for prisoners to use to file a complaint bearing the above civil action number.

9. Santos is given thirty (30) days to file an amended complaint in the event he can allege additional facts to cure the defects in his dismissed claims, as discussed in the Court's Memorandum.  Any amended complaint shall identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint, shall state the basis for Santos's claims against each defendant, and shall bear the title "Amended Complaint" and the case number 25-6329.  If Santos files an amended complaint, his amended complaint must be a complete document that includes all of the bases for Santos's claims, including claims that the Court has not yet dismissed if he seeks to proceed on those claims.  Claims that are not included in the amended complaint will not be considered part of this case.  **This means that if Santos files an amended complaint, he must reallege his claims related to the conditions of his cell that were not dismissed or he will be deemed to have abandoned them.**  When drafting his amended complaint, Santos should be mindful of the Court's reasons for dismissing his claims as explained in the Court's Memorandum.  Santos is also encouraged not to repeat or duplicate allegations (as he did in his initial Complaint).  Further, he should not reassert claims that he cannot cure.  Upon the filing of an amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

10. If Santos does not file an amended complaint the Court will direct service of his initial Complaint on Defendants Ramirez and Warden Smith only.  Santos may also notify the Court that he seeks to proceed on these claims rather than file an amended complaint.  If he files such a notice, Santos is reminded to include the case number for this case, 25-6329.

11. The time to serve process under Federal Rule of Civil Procedure 4(m) is **EXTENDED** to the date 90 days after the Court issues summonses in this case if summonses are issued.

12. The Motion to Appoint Counsel (ECF No. 5) is **DENIED WITHOUT PREJUDICE**.

BY THE COURT:

_____
**HON. MIA R. PEREZ**